**Drohan Lee**

Erika M. Calderon
T: (212) 710-0011
ecalderon@dlkny.com

*Admitted in New York
New Jersey

December 12, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2025

**VIA ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

OK
Colleen McMahon
12/12/2025

Re:    *M.D. et al v. N.Y.C. Dep't of Educ.*, 25-cv-08958 (CM)

Dear Judge McMahon,

We represent Defendant in the above-referenced case, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

Defendant, with Plaintiffs' consent, respectfully submits this letter to request an adjournment, *sine die*, of the Initial Pretrial Conference (the "Conference") scheduled for January 8, 2026. ECF No. 6. At this time, Defendant is reviewing the underlying administrative and billing records and processing this matter for settlement. In accordance with the Court's Individual Practices and Procedures, the parties have stipulated to a proposed summary judgment briefing schedule in the event this matter is not resolved, as follows:

- Plaintiffs' motion for summary judgment will be due on or before March 18, 2026;
- Defendant's opposition will be due on or before April 20, 2026; and
- Plaintiffs' reply is due May 4, 2026.

Accordingly, Defendant respectfully requests that the Court adjourn the January 8, 2026, Initial Conference, *sine die*, and approve the parties' proposed briefing schedule.

Respectfully Submitted,

By: */s/ Erika M. Calderon*
Erika M. Calderon, Esq.

cc: Steven J. Alizio, Esq. (*via* ECF)